IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Griffin, Patrick G | Case Number: 07 B 00317 |
| Griffin, Denise M | Judge: Hollis, Pamela S |
| Printed: 11/20/07 | Filed: 1/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  October 26, 2007
Confirmed: April 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 15,201.90 | |
| Secured: | | 11,842.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,540.00 |
| Trustee Fee: | | 819.31 |
| Other Funds: | | 0.00 |
| Totals: | 15,201.90 | 15,201.90 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,540.00 | 2,540.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 9,255.33 | 8,423.59 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 12,940.85 | 1,672.15 |
| 4. | Wells Fargo Home Mortgage | Secured | 15,541.93 | 1,746.85 |
| 5. | Sprint Nextel | Unsecured | 50.90 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 374.46 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 235.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 84.96 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 68.00 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 67.81 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 28.80 | 0.00 |
| 12. | Plains Commerce Bank | Unsecured | 98.67 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 81.67 | 0.00 |
| 14. | I C Systems Inc | Unsecured | 62.57 | 0.00 |
| 15. | Nicor Gas | Unsecured | 115.87 | 0.00 |
| 16. | HSBC Taxpayer Financial Services | Unsecured | 60.90 | 0.00 |
| 17. | World Financial Network Nat'l | Unsecured | 52.33 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 42.13 | 0.00 |
| 19. | Verizon Wireless | Unsecured | 127.04 | 0.00 |
| 20. | Jefferson Capital | Unsecured | 25.61 | 0.00 |
| 21. | CitiFinancial Auto Credit Inc | Unsecured | 173.84 | 0.00 |
| 22. | Unifund CCR Partners | Unsecured | 60.84 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 65.93 | 0.00 |
| 24. | AFNI | Unsecured | | No Claim Filed |
| 25. | Account Recovery Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Griffin, Patrick G  
        Griffin, Denise M  
        Printed: 11/20/07

Case Number: 07 B 00317  
Judge: Hollis, Pamela S  
Filed: 1/9/07

| | | | |
|---|---|---|---|
| 26. Arrow Financial Services | Unsecured | | No Claim Filed |
| 27. Anderson Financial Network | Unsecured | | No Claim Filed |
| 28. Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 29. AT&T | Unsecured | | No Claim Filed |
| 30. Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 31. Credit Management Service | Unsecured | | No Claim Filed |
| 32. CBCS | Unsecured | | No Claim Filed |
| 33. Creditors Collection Bur | Unsecured | | No Claim Filed |
| 34. First National Credit Card | Unsecured | | No Claim Filed |
| 35. Creditors Collection Bur | Unsecured | | No Claim Filed |
| 36. Card Protection Association | Unsecured | | No Claim Filed |
| 37. First Nat'l Bk of Chgo Heights | Unsecured | | No Claim Filed |
| 38. Midland Credit Management | Unsecured | | No Claim Filed |
| 39. H-F Credit Union | Unsecured | | No Claim Filed |
| 40. H-F Credit Union | Unsecured | | No Claim Filed |
| 41. Nationwide Credit Service | Unsecured | | No Claim Filed |
| 42. Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 43. Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 44. Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 45. Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 46. T Mobile | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 42,155.44 | $ 14,382.59 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 12.60 |
| 5.4% | 806.71 |
| | _____ |
| | $ 819.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____